**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. _____ |
| Plaintiff, | |
| | JUDGE _____ |
| vs. | |
| | INDICTMENT |
| **KERRY OBRYAN and** | |
| **AMY JO OBRYAN,** | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(C) |
| | 21 U.S.C. § 846 |
| **Defendants.** | |

*[Handwritten: 2:25-cr-83, Judge Sargus]*

*[Stamp: FILED RICHARD W. NAGEL CLERK OF COURT, MAY -8 2025 11:23 A, U.S. DISTRICT COURT SOUTHERN DISTRICT OF OHIO-COLUMBUS]*

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
21 U.S.C. §1349
(Conspiracy)

From on or about January 23, 2024, through and including February 1, 2024, in the Southern District of Ohio, and elsewhere, the defendants, **KERRY OBRYAN** and **AMY JO OBRYAN**, did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with each other, and others, both known and unknown to the Grand Jury, to possess with intent to distribute 5F-ADP, a synthetic cannabinoid and a Scheduled I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**All in violation of 21 U.S.C. §846**.

A TRUE BILL.

/s/
FOREPERSON

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

_____
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney